OPINION — AG — ** COOPERATIVE PROGRAM OF EDUCATION ** THE PROVISIONS OF 70 O.S. 5-117 [70-5-117], AS AMENDED, DO 'NOT' AUTHORIZE TWO BOARDS OF EDUCATION TO ENTER INTO A JOINT PROGRAM WHEREBY THE 7TH AND 8TH GRADES WOULD BE TAUGHT IN ONE OF THE SCHOOL DISTRICTS SINCE THE JOINT PROGRAM AUTHORIZED BY SUCH STATUTE RELATE TO COURSES OF INSTRUCTION AND PRACTICAL INSTRUCTION AND DO 'NOT' INCLUDE ENTIRE GRADES. (SCHOOLS, CONTRACTS, AGREEMENTS) CITE: 70 O.S. 5-117 [70-5-117] (JOE C. LOCKHART)